UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6256** CR-ZLOCH

18 U.S.C. § 1014
18 U.S.C. § 2

MAGISTRATE JUDGE
SELTZER



UNITED STATES OF AMERICA, )
)
         Plaintiff, )
vs. )
)
DENNIS D'AGOSTA, )
)
         Defendant. )
_____)

### INFORMATION

The United States Attorney charges that:

On or about December 23, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DENNIS D'AGOSTA,**

did knowingly and willfully make and cause to be made false statements, for the purpose of influencing the action of PrimePlus Mortgage, a lender for Provident Bank, whose deposits are insured by the Federal Deposit Insurance Corporation, in connection with the issuance of a mortgage loan by submitting a false and fictitious appraisal that the defendant knew was false and overvalued the property located at 4101 NW 114th Terrace,



Coral Springs, Florida, in violation of Title 18, United States Code, Section 1014 and 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

DENNIS D'AGOSTA                 **Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)   Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

____ Miami    ____ Key West
_X_ FTL       ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) ___no___
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_       Petty     ____
   II   6 to 10 days     ____      Minor     ____
   III  11 to 20 days    ____      Misdem.   ____
   IV   21 to 60 days    ____      Felony    _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) ____
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___no___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** DENNIS D'AGOSTA          **Case No.** _____

================================   ==========================================

Count #: 1

MAKING FALSE STATEMENT IN LOAN APPLICATION

18 U.S.C. § 1014

**Max. Penalty:**     30 YEARS' IMPRISONMENT; $1,000,000 FINE
================================================================================
Count #:



**Max. Penalty:**
================================================================================
Count #.



**Max. Penalty:**
================================================================================
Count #:



**Max. Penalty:**
================================================================================
Count #:



**Max. Penalty:**
================================================================================


================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.