

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

*UNITED STATES OF AMERICA*

v.

*DENNIS D'AGOSTA*

## WAIVER OF INDICTMENT

CASE NO.: OO - 6256 CR-ZLOCH
MAGISTRATE JUDGE SELTZER

I, DENNIS D'AGOSTA, the above named defendant, who is accused of making a false statement for the purpose of influencing in any way the action of an institution, the accounts of which are insured by the Federal Deposit Insurance Corporation, upon a loan, in violation of Title 18, United States Code, Section 1014, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Sept 14, 2000, prosecution by indictment and consent that the proceeding may be by information charging a violation of Title 18, United States Code, Section 1014.

Defendant DENNIS D'AGOSTA

BO HITCHCOCK, ESQUIRE
*Counsel for Defendant*

Before Luuora S. Snow
UNITED STATES MAGISTRATE JUDGE