UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6256-CR-ZLOCH

UNITED STATES OF AMERICA

vs

DENNIS D'AGOSTA

ARRAIGNMENT INFORMATION SHEET

FILED by SEP 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:_____BO HITCHCOCK, ESQ._____

                    Address:_____613 SE FIRST AVENUE_____

                    ____FT. LAUDERDALE, FL 33301-3122____

                    Telephone:_____

BOND SET/CONTINUED: $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __14TH__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
Deputy Clerk

Tape No. ___00- 048/049___

cc: Copy for Judge
    U. S. Attorney