## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DENNIS D'AGOSTA (surrender) | CASE NO: | 00-6256-CR-ZLOCH |
| AUSA: | KATHLEEN RICE / Van Vliet | ATTY: | BO HITCHCOCK, ESQ. |
| AGENT: | Jeff Kay | VIOL: | 18:1014 & 2 |
| PROCEEDING: | I/A ON INFORMATION | RECOMMENDED BOND: | 200.000 PERSONAL SURETY |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: 200,000 PSB | | To be cosigned by: wife | |

FILED by B.C. SEP 1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.   N/A
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges
Counsel present
waiver of indictment
executed

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE  9/14/00   TIME:  9 30   FTL/LSS TAPE # 00 - 049   Begin 30   End: 230

8