-cr-06256-WJZ  Document 11  Entered on FLSD Docket 09/28/2000  P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6256-CR-ZLOCH



FILED by _____ D.C.

SEP 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

v.

DENNIS D'AGOSTA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            October 11, 2000 at 10:00 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

                                    CLARENCE MADDOX
                                    CLERK OF COURT

                                    _____
                                    BY DEPUTY CLERK

DATE: September 27, 2000

cc:
Kathleen Rice, Esq., AUSA
R. H. Bo Hitchcock, Esq.