**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 00-6256-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS D'AGOSTA

    Defendant.
_____/



### MOTION TO PERMIT TRAVEL

COMES NOW, DENNIS D'AGOSTA, by and through his attorney and moves this Honorable Court to allow Defendant permission to travel to Longwood (near Orlando), Florida on THURSDAY OCTOBER 5TH, 2000.

1. The purpose of the trip is for the Defendant to visit his father-in-law in order to settle outstanding family business.

2. The location where the Defendant may be contacted is: 1321 Adams Street, Longwood, Florida. Telephone: 407-830-4232.

3. There will be NO OVERNIGHT STAY.

4. The Assistant U.S. Attorney's (Kathleen Rice 356-7255 Ext. 3512) has no objection to this Motion.

WHEREFORE, DENNIS D'AGOSTA, respectfully requests this Honorable Court enter an order permitting the Defendant travel on THURSDAY OCTOBER 5TH, 2000.

Respectfully submitted,

R\H Bo Hitchcock
Attorney for Defendant
Fla Bar No: 258075

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via facsimile to Assistant United States Attorney's, Jeffrey Kay, Esquire and Kathleen Rice, Esquire at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on this 2ND DAY OF OCTOBER, 2000

R.H. BO HITCHCOCK
Attorney for Defendant
HITCHCOCK AND CUNNINGHAM, P.A.
613 Southeast 1st Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1666
Hitchcock Fl Bar No: 258075
Cunningham Fl Bar No: 302554