**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 00-6256-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS D'AGOSTA

    Defendant.

_____/

### ORDER

The Attorney for Defendant, DENNIS D'AGOSTA, having presented to this Honorable Court a MOTION TO PERMIT TRAVEL, and the Court having examined said Motion and otherwise being fully advised in the premises, it is therefore,

RSS ORDERED AND ADJUDGED that said Motion is hereby GRANTED. Defendant may travel to Longwood, Florida on October 5 2000.

DONE AND ORDERED this 2nd day of OCTOBER, 2000.

Barry Seltzer
Magistrate
United States District Court Judge
Southern District of Florida

Copies furnished to:
R H. Bo Hitchcock, Esquire
613 SOUTHEAST 1ST AVENUE
FT. LAUDERDALE, FLA. 33301

13