UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



CASE NUMBER 00-6256-Civ-Zloch    DATE 10/11/00

CLERK Carlnie Neasley    REPORTER Carl Schanzleh

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Dennis D'Agosta

U. S. ATTORNEY Kathleen Rice    DEFT COUNSEL B. Hitchcock
                                              Charles Kaplan

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of plea to Information

RESULT OF HEARING Deft entered a plea of guilty to the Information

JUDGMENT Court accepted plea & adjudged deft guilty to the Information

CASE CONTINUED TO 1/12/01    TIME 11:00 a.m. FOR Sentencing

MISC Written Plea Agreement