UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.    00-6256-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

v.                                          · O R D E R

DENNIS D'AGOSTA

    Defendant

_____

THIS MATTER is before the Court upon Motion To Permit Travel
(filed October 26, 2000). The Court has carefully considered the
merits of said Motion and is otherwise fully advised in the
premises.

Accordingly, after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.    The Motion To Permit Travel be and the same is hereby
GRANTED. The Defendant, DENNIS D'AGOSTA, shall be permitted to
travel to North Carolina during the period December 22, 2000
through and including January 1, 2001.

2.    Prior to such travel, the Defendant shall provide the
United States Pretrial Officer with a written itinerary of his
travel plans, which shall include the following information:
specific dates and times of all travel; flight numbers where
applicable; and the name, address and telephone number of the
location(s) at which the Defendant shall be staying;

3.    Upon the Defendant's return to the Southern District of
Florida, the Defendant shall immediately contact his Pretrial

Officer and verify his return to the Southern District of Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Kathleen Rice, Esq. AUSA
R.H. Bo Hitchcock, Esq.
Pretrial