UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6256-CR-ZLOCH

UNITED STATES OF AMERICA
　　Plaintiff,
vs.
DENNIS D'AGOSTA          **DEFENDANT'S OBJECTIONS TO PRE-**
　　Defendant.            **SENTENCING INVESTIGATIONS**
_____/



COMES NOW, Defendant, DENNIS D'AGOSTA, and hereby files this Notice of Objection to Paragraph 35 and 41, Pages 13 and 16 as follows:

Defendant believes that the loss is approximately $490,000 not $608,444.91 and consequently the level increase should be 9 instead of 10.

Defendant will prepare an itemization of the 16 properties in question and will supplement this objection within a week if the Court permits.

WHEREFORE, the Defendant, DENNIS D'AGOSTA, through counsel, files this Objection to Pre-Sentencing Investigation Report.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Office of the United States District Attorney, Kathleen Rice, Esquire, Assistant United States Attorney, at 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Fl 33394-3002 and Kathryn Gomez, U.S. Probation Officer, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Fl 33301-1168, this 22ND DAY OF DECEMBER, 2000.

　　　　　　　　　　　　　　　R.H. BO HITCHCOCK
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　Florida Bar No. 25807
　　　　　　　　　　　　　　　613 Southeast 1st Avenue
　　　　　　　　　　　　　　　Fort Lauderdale, Fl 33301
　　　　　　　　　　　　　　　954-462-1666(telephone)