-cr-06256-WJZ   Document 20   Entered on FLSD Docket 01/16/2001

FILED by _____ D.C.
JAN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6256-CR-Z/och  DATE 1-12-01
CLERK Carline Newby  REPORTER Carl Schanzlel
PROBATION Kathryn Gomez  INTERPRETER _____

UNITED STATES OF AMERICA v. Dennis D'Agosta

U. S. ATTORNEY Kathleen Rice  DEFT COUNSEL Bo Hitchcock

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Objection w/ Hitchcock —
Ct 1 - 30 months custody of BOP —
$116,995.80 Rest. Eut ___ $1/20 ___
5 yrs Sup Rel — Spec Cond — Maintain
JUDGMENT full time legitimate employment —
Obtain prior written approval before
any self-employment — No further
debt w/o prior approval — Full financial
CASE CONTINUED TO _____ TIME _____ FOR
disclosure — F/E all past due tax
MISC Returns & Stay current — Executive
of sentence deferred surrender by
Noon 3-16-01 — Ct Recommends
facility in Florida —

20