UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6256-CR-ZLOCH

UNITED STATES OF AMERICA
    Plaintiff,
vs.
DENNIS D'AGOSTA
    Defendant.
_____/

**DEFENDANT'S OBJECTIONS TO PRE-SENTENCING INVESTIGATIONS**

COMES NOW, Defendant, DENNIS D'AGOSTA, and hereby files this Notice of Objection to Paragraph 14 (Page 5) of the Pre-sentencing Investigation Report. Mr. D'Agosta signed off on 19 (nineteen) appraisals not 50 (fifty) as stated.

WHEREFORE, the Defendant, DENNIS D'AGOST, through counsel, files this Objection to Pre-Sentencing Investigation Report.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Office of the United States District Attorney, Jeffrey Kay, Esquire, Assistant United States Attorney, at 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Fl 33394-3002 and Kathryn Gomez, U.S. Probation Officer, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Fl 33301-1168, this 2ND DAY OF FEBRUARY, 2001.

R. H. BO HITCHCOCK
Attorney for Defendant
Florida Bar No. 258075
613 Southeast 1st Avenue
Fort Lauderdale, Fl 33301
954-462-1666(telephone)
954-462-1057(facsimile)

## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS



| | |
|---|---|
| **RE:** | **Dennis D'Agosta** |
| **SD/FL PACTS No:** | 65365 |
| **DOCKET NO:** | 00-6246-CR-Middlebrooks |
| **OBJECTIONS DUE BY:** | **February 2, 2001** |
| **DATE AVAILABLE for DISCLOSURE:** | January 18, 2001 |

I have read the presentence investigation completed by the United States Probation Office.

\_\_\_\_\_ There are no disputed facts.

\_\_✓\_\_ There are unresolved factual disputes which are attached.

_____    _____
(Defendant)                                                  (Date)

_____    2/2/01          Fort Lauderdale
(Attorney)                                                     (Date)           (Location)
R.H. Bo Hitchcock

_____    _____    Fort Lauderdale
(Assistant U.S. Attorney)                         (Date)                    (Location)
Jeffrey Kay

Return To:   Kathryn Gomez
             U. S. Probation Officer
             Federal Courthouse Building
             299 East Broward Blvd., Room 409
             Ft. Lauderdale, FL 33301-1865