JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6256-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,           :

        PLAINTIFF,           :

v.                                   :

DENNIS D'AGOSTA,                     :

        DEFENDANT.          :
_____



### GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION OF PSI PARAGRAPH 15

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this short response to the defendant's objections.

Defendant complains that the PSI reflects he signed off on 50 bogus appraisals. Defendant claims he signed off on 19 appraisals.

The Government believes the figure of 50 is correct. The investigators from the State Comptrollers Office, FDLE, and IRS have prepared the attached schedule. These properties listed are the properties sold to Mary Christenson and processed through Atlantic Mortgage. The



first listed 50 properties all show the appraisal forms signed and certified by Appraiser Dennis D'Agosta.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA. BAR. 208035
500 E. Broward Blvd. 7th Floor
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954)356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 6 day of February, 2001 to Bo Hitchcock, Esquire, 613 S.E. 1st Avenue, Ft. Lauderdale, Fl 33301.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

cc:   Comptroller Office/Dave Barie

MARY CHRISTENSON/ATLANTIC MORTGAGE

| PROPERTY ADDRESS | SALE DATE | SALES PRICE | LOAN AMOUNT | LENDER | APPRAISER | APPRAISED VALUE | APPRAISAL DATE |
|---|---|---|---|---|---|---|---|
| 427 NW 21 TERRACE | 2/2/99 | 160,000 | 120,000 | BANK UNITED | D'AGOSTA | 160,000 | 5/27/99 |
| 925 NW 3 AVENUE | 2/11/99 | 170,000 | 136,000 | OCWEN | D'AGOSTA | 170,000 | 9/20/98 |
| 3716 SW 14 STREET | 12/9/98 | 110,000 | 88,000 | PROVIDENT | D'AGOSTA | 110,000 | 10/8/98 |
| 2790 SW 2 STREET | 11/30/98 | 165,000 | 123,750 | PAN AMERICAN BANK | D'AGOSTA | 165,000 | 9/28/98 |
| 408-410-412 NW 14 AVENUE | 11/30/98 | 145,000 | 108,750 | PAN AMERICAN BANK | D'AGOSTA | 145,000 | 10/2/98 |
| 1433 NW 3 COURT | 11/20/98 | 106,000 | 79,500 | REPUBLIC BANK | D'AGOSTA | 109,000 | 10/2/98 |
| 749 NW 3 AVENUE | 12/23/98 | 155,000 | 124,000 | MORTGAGE CAPITAL | D'AGOSTA | 155,000 | 8/18/98 |
| 1405-1409 NW 3 STREET | 1/22/99 | 101,000 | 75,750 | LONG BEACH MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 1417-1413 NW 3 STREET | 1/7/99 | 99,000 | 74,250 | TEXCORP MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 713 NW 4 AVENUE | 12/4/98 | 160,000 | 128,000 | TITLE WEST MTG | D'AGOSTA | 160,000 | 10/2/98 |
| 301-303-305 NW 14 AVENUE | 11/4/98 | 186,000 | 139,500 | NOVASTAR MTG | D'AGOSTA | 186,000 | 8/18/98 |
| 1200 NW 4 STREET & 1201 NW 3 COURT | 11/3/98 | 109,000 | 84,800 | SAXON MTG | D'AGOSTA | 109,000 | 8/18/98 |
| 1445 NW 3 COURT | 10/30/98 | 109,000 | 87,200 | MERCANTILE MTG | D'AGOSTA | 109,000 | 8/18/98 |
| 705 NW 2 STREET | 12/4/98 | 160,000 | 128,000 | TITLE WEST MTG | D'AGOSTA | 160,000 | 10/2/98 |
| 1417 NW 3 COURT & 1416 NW 4 STREET | 11/30/98 | 109,000 | 81,750 | CHADWICK MTG | D'AGOSTA | 109,000 | 8/18/98 |
| 360 NW 8 STREET | 2/11/99 | 95,000 | 76,000 | OCWEN | D'AGOSTA | 95,000 | 10/2/98 |
| 1408 NW 3 COURT & 307-309 NW 14 AVENUE | 11/4/98 | 190,000 | 142,500 | NOVASTAR MTG | D'AGOSTA | 190,000 | 8/18/98 |
| 1212 NW 4 STREET & 1213 NW 3 COURT | 11/10/98 | 109,000 | 87,200 | EQUIVANTAGE | D'AGOSTA | 109,000 | 8/18/98 |
| 1270 NW 9 STREET | 12/9/98 | 180,000 | 144,000 | PROVIDENT | D'AGOSTA | 180,000 | 8/18/98 |
| 1424 NW 4 STREET & 1425 NW 3 COURT | 10/30/98 | 109,000 | 81,298 | AMRESCO | D'AGOSTA | 109,000 | 8/18/98 |
| 1300 NW 4 STREET & 1301 NW 3 COURT | 11/13/98 | 109,000 | 87,200 | COLORADO FUNDING | D'AGOSTA | 109,000 | 8/18/98 |
| 1208 NW 4 STREET & 1209 NW 3 COURT | 11/4/98 | 109,000 | 84,800 | SAXON MTG | D'AGOSTA | 109,000 | 8/18/98 |
| 300-304 NW 14 AVENUE | 1/7/99 | 96,000 | 72,000 | TEXCORP MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 235-237 SW 8 STREET | 10/19/98 | 137,000 | 109,600 | MARINA MTG | D'AGOSTA | 140,000 | 8/18/98 |
| 1416-1412 NW 3 COURT | 10/30/98 | 109,000 | 83,590 | AMRESCO | D'AGOSTA | 112,000 | 8/18/98 |
| 306-308 NW 15 AVENUE | 12/10/98 | 112,000 | 89,600 | GOODRICH & PENNINGTON | D'AGOSTA | 112,000 | 8/18/98 |
| 1449 NW 3 COURT | 10/30/98 | 109,000 | 87,200 | MERCANTILE MTG | D'AGOSTA | 109,000 | 8/18/98 |
| 1225 NW 2 STREET | 12/4/98 | 160,000 | 128,000 | CHASE MANHATTAN | D'AGOSTA | 160,000 | 9/27/98 |
| 2750 SW 2 STREET | 10/30/98 | 190,000 | 152,000 | ATLANTIC MTG | D'AGOSTA | 190,000 | 8/18/98 |
| 1429 NW 3 COURT | 12/21/98 | 109,000 | 76,300 | MERCANTILE MTG | D'AGOSTA | 109,000 | 8/18/98 |
| 1220-1300 NW 3 COURT | 10/21/98 | 112,000 | 89,600 | MARINA MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 1221-1225 NW 3 STREET | 11/13/98 | 112,000 | 89,600 | COLORADO FUNDING | D'AGOSTA | 112,000 | 8/18/98 |
| 1421-1425 NW 3 STREET | 12/22/98 | 112,000 | 84,000 | PENINSULA MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 1041 NW 7 TERRACE | 2/8/99 | 110,000 | 82,500 | WESTERN FINANCIAL BANK | D'AGOSTA | 110,000 | 10/2/98 |
| 1429-1433 NW 3 STREET | 10/30/98 | 112,000 | 89,600 | AURORA NATIONAL BANK | D'AGOSTA | 112,000 | 8/18/98 |
| 1205-1209 NW 3 STREET | 10/21/98 | 112,000 | 89,600 | MARINA MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 1213-1217 NW 3 STREET | 10/30/98 | 100,000 | 80,000 | NORTH AMERICAN | D'AGOSTA | 112,000 | 8/18/98 |
| 301-303 NW 12 AVENUE | 11/24/98 | 112,000 | 81,750 | CHADWICK MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 305-307 NW 12 AVENUE | 11/20/98 | 112,000 | 81,750 | REPUBLIC BANK | D'AGOSTA | 112,000 | 8/18/98 |
| 1304-1300 NW 3 COURT | 10/30/98 | 110,000 | 80,000 | NORTH AMERICAN | D'AGOSTA | 112,000 | 10/2/98 |
| 1437-1441 NW 3 STREET | 11/13/98 | 112,000 | 84,000 | UNITED PANAM | D'AGOSTA | 112,000 | 8/18/98 |
| 300-304 NW 15 AVENUE | 10/29/98 | 112,000 | 89,600 | AURORA NATIONAL BANK | D'AGOSTA | 112,000 | 8/18/98 |
| 1312-1316 NW 3 STREET | 10/30/98 | 112,000 | 80,000 | ATLANTIC MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 306-308 NW 14 AVENUE | 12/10/98 | 112,000 | 89,600 | GOODRICH & PENNINGTON | D'AGOSTA | 112,000 | 8/18/98 |
| 1444-1448 NW 3 AVENUE | 11/4/98 | 112,000 | 89,600 | FIRST INDIANA BANK | D'AGOSTA | 112,000 | 8/18/98 |
| 1436-1440 NW 3 COURT | 12/11/98 | 112,000 | 87,200 | PENINSULA MTG | D'AGOSTA | 112,000 | 8/18/98 |
| 304 SW 8 STREET | 12/16/98 | 120,000 | 84,000 | OPTION ONE | D'AGOSTA | 120,000 | 9/27/98 |
| 647 NW 3 AVENUE | 12/23/98 | 155,000 | 96,000 | MORTGAGE CAPITAL | D'AGOSTA | 155,000 | 10/2/98 |
| 1139 NW 5 AVENUE | 12/14/98 | 130,000 | 124,000 | CROSSLAND MTG | D'AGOSTA | 130,000 | 9/27/98 |
| 629 NW 10 TERRACE | 2/9/99 | 160,000 | 104,000 | WESTERN FINANCIAL BANK | D'AGOSTA | 160,000 | 9/28/98 |
| 3719 SW 13 COURT | 12/16/98 | 102,000 | 120,000 | OPTION ONE | CHAMPION | 102,000 | 10/5/98 |
| 1451 NW 21 STREET | 12/29/98 | 185,000 | 81,600 | ATLANTIC MTG | CHAMPION | 185,000 | 10/8/98 |
|  |  |  | 138,750 |  |  |  |  |
|  |  |  | 5,117,278 |  |  |  |  |

6,597,000

1,554,650 LOANS FROM FINANCIAL INSTITUTIONS