JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6266-Cr-MIDDLEBROOKS
CASE NO. 00-6256-CR-MIDDLEBROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| DENNIS D'AGOSTA, | : |
| HOWARD KRATENSTEIN, | |
| STANLEY LERNER, | : |
| ALLEN KATZ, | |
| ARIEL POPLACK, | : |
| MICHAEL BLANCHETTE, | |
| JOHN PODLESZEK and | |
| JOSEPH VEGAZO, | : |
| DEFENDANTS. | : |



### GOVERNMENT'S 5K1.1 MOTION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully files this omnibus Section 5K1.1 Motion for each of the above named defendants.

The Government having filed a Sentencing Memorandum with the Court incorporates that memorandum herein.

Secondly, as the Government stated in its Sentencing Memorandum and to comply with Section 5K1.1, the Government hereby advises that each of the above named defendants is entitled to a downward departure under Section 5K1.1. Each of the above named defendants has



provided significant, timely, and detailed information about their involvement in this mortgage fraud scheme. Each defendant has provided truthful, complete and reliable information and has agreed to testify or testified in the grand jury and was available to testify as a witness in any resulting trials. The Government believes each defendant is entitled to a downward departure but subject to the Government's views as expressed in its Sentencing Memorandum.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____
                JEFFREY H. KAY
                ASSISTANT U.S. ATTORNEY
                FLA BAR NO. 208035
                500 E. Broward Blvd., 7th Flr
                Ft. Lauderdale, Fl 33394
                (954) 356-7255
                (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 20 day of February, 2001 to the below listed attorneys:

Richard Rosenbaum, Esq., 1 E. Broward Blvd., Suite 1500, Ft. Lauderdale, Fl 33301;

Ed Salantrie, Esq.,633 S.E. 3rd Avenue, Suite 4F, Ft. Lauderdale, Florida; H. Dohn Williams, Esq., 721 N.E. 3rd Ave., PO Box 1722, Ft. Lauderdale, Florida 33302; Allan Ross, Esq., 2250 S.W. 3rd Avenue, 4th Flr., Miami, Florida 33129; Howard Greitzer, Esq., 600 N.E. 3rd Avenue, PO Box 1778, Ft. Lauderdale, Fl 33302; Michael Styles, Esq., 888 So. Andrews Avenue, Ft. Lauderdale, Fl 33316 and F. Lee Bailey, Esq., 1400 Centrepark Blvd., Ste 909, West Palm Beach, Florida 33401 and Bo Hitchcock, Esq., 613 S.E. 1st Avenue. Ft. Lauderdale, Fl 33301..

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY