UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6256-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DENNIS D'AGOSTA
    Defendant.
_____/

### NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW R.H. Bo Hitchcock, Esq., and moves to withdraw as Counsel of record for the Defendant DENNIS D'AGOSTA, at the request of and with the approval of Defendant and for the substitution of Sidney Z. Fleischman, Esq., as Counsel of Record for the said Defendant.

_____
R.H. Bo Hitchcock
Hitchcock & Cunningham
613 S.E. 1st Ave.
Ft. Lauderdale, FL 33301
(954) 462-1666
Fla. Bar No.:

_____
Sidney Z. Fleischman, Esq.
Fleischman & Fleischman
800 E. Broward Blvd., #310
Ft. Lauderdale, Fl. 33301
(954) 523-7223
Fla. Bar No.: 762962

cc: U.S. Attorney's Office

## ORDER

THIS CAUSE having come on before me on the above Subsitiution of Counsel and the Court being fully advised of in the premises, it is hereby,

ORDERED AND ADJUDGED that R.H. Bo Hitchcock, Esq., is hereby discharged as Counsel of Record and Sidney Z. Fleischman, Esq., shall be substituted as Counsel of Record for the Defendant herein.

DONE AND ORDERED in Miami, Florida on this ____ day of _____, 2002.

```
                              _____
                              U.S. DISTRICT JUDGE
```

cc: Sidney Z. Fleischman, Esq.
    R.H. Bo Hitchcock, Esq.
    U.S. Attorney's Office