COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6256-CR-ZLOCH

UNITED STATES OF AMERICA,
      Plaintiff.

vs.

DENNIS D'AGOSTA
      Defendant.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

    COMES NOW R.H. Bo Hitchcock, Esq., and moves to withdraw as Counsel of record for the Defendant DENNIS D'AGOSTA, at the request of and with the approval of Defendant and for the substitution of Sidney Z. Fleischman, Esq., as Counsel of Record for the said Defendant.

R.H. Bo Hitchcock
Hitchcock & Cunningham
613 S.E. 1st Ave.
Ft. Lauderdale, FL 33301
(954)462-1666
Fla. Bar No.:

Sidney Z. Fleischman, Esq.
Fleischman & Fleischman
600 E. Broward Blvd. #310
Ft. Lauderdale, Fl. 33301
(954)523-7223
Fla. Bar No.: 762962

cc: U.S. Attorney's Office