UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY: _____ D.C.

2002 NOV -6 AM 9: 44

CLARENCE HAD.
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

**THE UNITED STATES OF AMERICA,**   )
                                    )   CASE NUMBER
           PLAINTIFF,               )   00-6256-CR-ZLOCH
                                    )
    VS.                             )
                                    )
**DENNIS D'AGOSTA,**                )   THIS VOLUME:
                                    )   PAGES 1 - 14
           DEFENDANT.               )
_____)


TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON FRIDAY, JANUARY 12, 2001, IN THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    KATHLEEN RICE, A.U.S.A.

FOR THE DEFENDANT:     BO HITCHCOCK, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**