UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,      )
                                   )      CASE NUMBER
            PLAINTIFF,             )      00-6256-CR-ZLOCH
                                   )
     VS.                           )
                                   )
DENNIS D'AGOSTA,                   )      THIS VOLUME:
                                   )      PAGES 1 - 33
            DEFENDANT.             )
_____)


TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON WEDNESDAY, OCTOBER 11, 2000, IN THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:     KATHLEEN RICE, A.U.S.A.

FOR THE DEFENDANT:      BO HITCHCOCK, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE