PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65365

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6256-Cr-Zloch

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.
MAR 2 6 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Name of Offender:  **Dennis D'Agosta**

Name of Sentencing Judicial Officer:   The Honorable William J. Zloch, Chief Judge
U.S. District Court, Ft. Lauderdale

Date of Original Sentence:   January 12, 2001

Original Offense:   Making False Statements to a Federally Insured Institution, in violation of Title 18 U.S.C. § 1014, a Class "B" Felony.

Original Sentence:   Thirty (30) months Bureau of Prisons to be followed by five (5) years Supervised Release. Special conditions: 1) Defendant shall maintain full time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused in writing by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the U.S. Probation Officer; 2) Defendant shall obtain prior written approval from the U.S. Probation Officer before entering into any self-employment; 3) Defendant shall not incur any further debt, including but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining written permission from the U.S. Probation Officer; 4) Defendant shall file all past due income tax returns and remain current on all tax obligations under the supervision of the U.S. Probation Officer and to the satisfaction of the Internal Revenue Service; and 5) restitution in the amount of $116,995.80.

Type of Supervision:
Supervised Release

Date Supervision Commenced:
May 20, 2003

PROB 12B                                         SD/FL PACTS No. 65365
(SD//FL 9/96)

**THE HONORABLE WILLIAM J. ZLOCH, CHIEF JUDGE**
**Request for Modifying the Conditions or Term of Supervision**
**March 19, 2004**
**Page 2**

NAME OF OFFENDER:  DENNIS D'AGOSTA                CASE No.   00-6256-Cr-Zloch

# PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interest of justice. The U. S. Probation Office and U. S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

# CAUSE

A financial investigation was conducted by the U.S. Probation Office to determine the defendant's ability to establish a monthly restitution repayment schedule. The defendant has submitted all requested documentation, and a financial analysis was completed. It has been determined that the defendant could make payments in the amount of $100.00 per month towards his Court obligations. Mr. D'Agosta is also serving a concurrent five (5) year term of Supervised Release (Docket No.00-6246-CR- DMM-01), in which that Court ordered the defendant to pay restitution in the amount of $25,000. Based on the defendant's two Court- ordered financial obligations, he has been instructed to pay $100.00 per month towards each Case, a total of $200.00 per month

A recent United States Court of Appeals 11th Circuit Decision, United States vs David Prouty, determined that the setting of a schedule for payment of restitution is a Core Judicial function, under the Mandatory Victim's Restitution Act, and the District Court may not delegate its discretion to the U.S. Probation Officer pursuant to Title 18 U.S.C. §3664(f).

Pursuant to that decision, it is requested that Your Honor sign the attached Petition for Supervised Release Action modifying the Conditions of Supervised Release as cited above.

Mr. D'Agosta has been advised of his rights relative to the modification of the terms of supervised release, and has agreed to the proposed modification. He has waived his rights

PROB 12B                                                          SD/FL PACTS No. 65365
(SD//FL 9/96)

**THE HONORABLE WILLIAM J. ZLOCH, CHIEF JUDGE**
Request for Modifying the Conditions or Term of Supervision
March 19, 2004
Page 2

NAME OF OFFENDER: DENNIS D'AGOSTA                CASE No.   00-6256-Cr-Zloch

to legal counsel and a hearing on this matter as evidenced by the attached signed Waiver of hearing( Probation Form 49).

                                                            Respectfully submitted,

                                    by
                                           Terry M. Levix
                                           U.S. Probation Officer
                                           Phone: (954) 769-5517
                                           Date: March 19, 2004

Reviewed by: _____
             Carolyn M. Gamble, Supervising
             U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Modification of Conditions as Noted Above


                                            _____
                                            Signature of Judicial Officer

                                            3/26/04
                                            _____
                                            Date